UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ST. JUDE MEDICAL DEVICES LITIGATION<br><br>This Document Relates To:<br><br>　　Case No. 14-cv-06448<br><br>　　DENNIS VINES SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>　　ST. JUDE MEDICAL, INC., ET AL.,<br><br>　　　　Defendants. | SACV 13-cv-00383-JVS(ANx) consolidated with **2:14-cv-06448 JVS**<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Assigned to:  Hon. James V. Selna |

The Court orders Plaintiff Vines to appear, with or without an attorney, on February 22, 2016, at 1:30 pm, to show cause why your case should not be dismissed. Unless you show cause why your case should not be dismissed, the Court will dismiss your case on February 22, 2016. Any written response shall be filed no later than February 16, 2016.

**IT IS SO ORDERED.**

Dated: _January 11, 2016_____, _____
Hon. James V. Selna
United States District Judge